*Carpenter, Mr. Samuel Park* and *Mr. James K. Symmers* for respondent.

---

No. 612. FRANKLIN H. SEELEY, PETITIONER, *v.* BLANCHE LOWE SEELEY. March 2, 1908. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Barry Mohun* and *Mr. H. Prescott Gatley* for petitioner. No appearance for respondent.

---

No. 632. EMILIE SAXLEHNER, PETITIONER, *v.* EDWARD WAGNER ET AL. March 2, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Antonio Knauth, Mr. Frank F. Reed* and *Mr. Arthur von Briesen* for petitioner. *Mr. Walter F. Murray* for respondents.

---

No. 634. THE COLORADO AND NORTHWESTERN RAILROAD COMPANY, PETITIONER, *v.* THE UNITED STATES. March 2, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. E. E. Whitted* and *Mr. John L. Thomas* for petitioner. No appearance for respondent.

---

No. 637. GEORGE C. LOCKLIN ET AL., PETITIONERS, *v.* GEORGE H. BUCK. March 2, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Otto Raymond Barnett, Mr. Ernest Wilkinson* and *Mr. Samuel T. Fisher* for petitioners. *Mr. William P. Martin* for respondent.